# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# CHATTANOOGA DIVISION

| | | |
|---|---|---|
| SHADDAE D. FRANKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:20-cv-00253 |
| | ) | |
| v. | ) | District Judge J. Ronnie Greer |
| | ) | |
| AMAZON.COM SERVICES, LLC, | ) | Magistrate Judge Susan K. Lee |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Shaddae D. Franklin ("Plaintiff") and Defendant Amazon.com Services, LLC (collectively the "Parties") provide notice to the Court that the above-captioned matter has been resolved. Accordingly, pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Parties hereby stipulate to the dismissal with prejudice of all of Plaintiff's claims in the above-captioned proceeding and request that this matter be dismissed, with prejudice, with each party to bear its own costs.

Respectfully submitted,

*/s/ C. Eric Stevens*
C. Eric Stevens, Bar No. 010632
estevens@littler.com
LITTLER MENDELSON, P.C.
333 Commerce Street, Suite 1450
Nashville, Tennessee 37201
615.383.3033 (phone)
615.383.3323 (fax)

*Attorney for Defendant*
*Amazon.com Services, LLC*

/s/ R. Ethan Hargraves (w/ permission)
R. Ethan Hargraves, Bar No. 033331
ethan@masseyattorneys.com
Massey & Associates, P.C.
6400 Lee Highway, Ste 101
Chattanooga, Tennessee 37421
423.697.4529
423.634.8886

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September, 2021, the foregoing was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to the registered participants identified on the Notice of Electronic Filings. A true and correct copy of the foregoing has been furnished to the following via U.S. Mail, first-class postage prepaid, as well as e-mail:

R. Ethan Hargraves
Massey & Associates, P.C.
6400 Lee Highway, Suite 101
Chattanooga, Tennessee 37421
ethan@masseyattorneys.com

/s/ C. Eric Stevens
C. Eric Stevens